**UNITED STATES of America, Appellant, v. CITY AUTO STAMPING COMPANY, a Corporation, Appellee.**

No. 10253.

Circuit Court of Appeals, Sixth Circuit.

Dec. 5, 1946.

Don C. Miller, of Cleveland, Ohio, and Gerald P. Openlander, of Toledo, Ohio, for appellant.

No appearance for appellee.

Before HICKS and MILLER, Circuit Judges.

PER CURIAM.

Pursuant to motion of appellant it is ordered that the appeal herein be and the same is dismissed.

---

**Paul A. PORTER, Administrator, Office of Price Administration, v. Doyle DANIELS.**

No. 3437.

Circuit Court of Appeals, Tenth Circuit.

Nov. 16, 1946.

Max D. Melville, Regional Litigation Atty., Frank E. Hickey and J. Gregory Donohue, Office of Price Administration, all of Denver, Colo., and H. Leslie Williams, Dist. Enforcement Atty., Howard B. Rich and Philip H. Dunleavy, Office of Price Administration, all of Albuquerque, N. M., for appellant.

Benjamin M. Sherman, of Deming, N. M., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

---

**Milo WILCOX, Appellant, v. DELAWARE RURAL ELECTRIC CO-OPERATIVE, Inc., Appellee.**

No. 10292.

Circuit Court of Appeals, Sixth Circuit.

Dec. 5, 1946.

H. M. Rust, of Mansfield, Ohio, for appellant.

Jones & Kellar, of Delaware, Ohio, and Dargusch, Caren, Greek & King, of Columbus, Ohio, for appellee.

Before SIMONS, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

This appeal has been heard and considered on the oral arguments and briefs of attorneys for the parties and the record in the cause; and it appearing that the motion to dismiss made by the defendant (appellee here) was well grounded in law, the judgment of the district court dismissing the amended complaint is affirmed.